UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Daniel E. Arsenault,

    Plaintiff

    v.

UNUM,

UNUM Life Insurance Company of America,

    Defendants

Civil Action No.:

---

## COMPLAINT

### JURISDICTION

This Court has subject matter jurisdiction because the claim is brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C.§ 1001 et.seq. for long term disability benefits from UNUM and UNUM Life Insurance Company of America pursuant to an agreement the terms of which are provided in a Policy of insurance Number 131622. This Court has personal jurisdiction and venue in Bangor, Maine because Plaintiff lives in Dover Foxcroft, County of Piscataquis.

### FACTS

1. Plaintiff is totally disabled by the condition of Cervical Dystonia manifested as

1

involuntary head jerking to the right with limited ability to turn his head to the left.

2. Plaintiff's date of disability is 6/10/2017. Defendants have been paying benefits until they abruptly terminated these benefits by letter dated 4/18/2022, nearly 5 years after the benefits began. Plaintiff timely appealed this termination and Defendants denied the Appeal by letter dated 3/5/2024.

3. In this case, Plaintiff would be deemed disabled if he is "unable to perform the duties of any gainful occupation for which he (is) reasonably fitted by education, training, or experience".

4. Plaintiff has some relief from the symptoms of Cervical Dystonia through Botox injections every three months. The injections provide relief until 2 weeks before an injection is due. He is unable to work during that 2-week period when his symptoms are as severe as always.

5. Plaintiff's Vocational Report confirms there is no occupation that Plaintiff could perform full-time.

6. Defendants criticize Plaintiff's Vocational Report by an objection to methodology. There is, however, no evidence to explain and support Defendants' proposed, alternative methodology.

7. Defendants rely on misinformation that Plaintiff engages in sport activity and help in a sporting goods store owned by his father. Plaintiff has submitted a statement giving detail of activity he cannot do, that Defendants' conclusions in this regard are wrong.

8. Plaintiff's treating Neurologist, Michael S. Kleinman, DO said that there is no occupation that Plaintiff could perform full-time.

9. Defendants' proposed alternative occupations assume full-time work. There is no evidence that these alternative occupations are available on a part time basis, that is, 2 or more weeks off every 3 months.

10. Defendants' calculation of monthly earnings may be incorrect. That is because these earnings must be indexed over an appropriate amount of time.

## COUNT I

### 29 U.S.C. § 1132 (a)(1)(B)

11. Plaintiff restates paragraphs 1 through 10.

12. Defendants must pay to Plaintiff long-term disability benefits because Plaintiff continues to be totally disabled.

13. Plaintiff seeks to clarify his rights to future indexed benefits under the terms of the Plan.

14. Plaintiff seeks all appropriate relief so as to make him whole under the terms of the Plan including attorney's fees and costs.

## COUNT II

### 29 U.S.C. § 1132(a)(3)

15. Plaintiff restates paragraphs 1 through 14.

16. Plaintiff's claim was misshandled and the denial was based on a faulty theory concerning conclusions made in Defendants' Vocational Report amounting to a breach of fiduciary duty.

17. Plaintiff seeks to enjoin Defendants from continuing to deny him benefits to which he is entitled under the Plan.

18. Plaintiff seeks to clarify his rights to future benefits under the terms of the Plan.

19. Plaintiff seeks all appropriate equitable relief so as to make him whole under the terms of the Plan, including attorney's fees, and costs.


DATED:  May 23, 2024                         /s/ Gisele M. Nadeau
                                             55 Pleasant Ave.
                                             Portland, ME 04103
                                             207-671-0327

                                             gisele@gmn-law.com